IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-cv-00083-M

JAMES D. WALKER and
LEAH K. WALKER,

     Plaintiffs,

v.

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA and
ASSURANT, INC.,

     Defendants.

**ORDER**

THIS COMES before the Court upon the parties' Joint Motion to Stay. [DE-18.] It appears to the Court that good cause exists to grant this Motion.

IT IS THEREFORE ORDERED that the case is stayed for 120 days, until and including January 16, 2021.

IT IS FURTHER ORDERED that the parties shall report any settlement of the dispute during the stay to the Court, and that if the stay period does not result in the resolution of this dispute, then on or before January 30, 2021, the parties shall submit a new joint case management report with new proposed dates for the Court's consideration.

SO ORDERED, this the 18th day of September, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE