IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-83-M(2)

| | |
|---|---|
| JAMES D. WALKER and LEAH K. WALKER, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and ASSURANT, INC., ) ) ) ) ) | |
| Defendants. ) | |

This matter is before the court on Plaintiffs' motion to compel production of documents in response to a subpoena issued to Brent Norman Construction. Plaintiffs' motion requests that action be taken against Brent Norman Construction, which is not a party to this action, and the record does not reflect that Brent Norman Construction has been served with a copy of the motion in accordance with the Federal Rules of Civil Procedure. Furthermore, this action has been stayed at the parties' request through January 16, 2021, and Plaintiffs have not sought any relief from the stay. Accordingly, Plaintiffs' motion to compel [DE #22] is DENIED WITHOUT PREJUDICE.

This 15th day of December 2020.

_____
KIMBERLY A. SWANK
United States Magistrate Judge