IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:20-CV-00083-M

| | |
|---|---|
| JAMES D. WALKER, LEAH K. WALKER | ) ) ) |
| Plaintiffs, | ) ) ) ORDER |
| v. | ) ) |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, and ASSURANT, INC., | ) ) ) ) |
| Defendants. | ) ) |

For good cause shown, the Joint Motion for Limited Relief from Stay [DE 26] is GRANTED. The temporary stay imposed on September 21, 2020 is lifted for the limited purpose of serving a subpoena duces tecum on Brent Norman Construction ("BNC") and filing any motion necessary to seek an order compelling compliance with that subpoena.

SO ORDERED this 22d day of December, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE