IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:20-CV-00083-M

| | |
|---|---|
| JAMES D. WALKER, ) | |
| LEAH K. WALKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| AMERICAN BANKERS INSURANCE ) | |
| COMPANY OF FLORIDA, and ) | |
| ASSURANT, INC., ) | |
| ) | |
| Defendants. ) | |

For good cause shown, the Joint Motion to Extend Stay [for] 90 Days [DE 29] is GRANTED. The temporary stay imposed on September 21, 2020 is extended to and including April 16, 2021. The parties shall report to the court any settlement of this matter during the stay and, if the stay period does not result in the resolution of this dispute, then on or before April 30, 2021, the parties shall submit for the court's consideration a proposed updated (or revised) Joint Case Management Order tendering new deadlines and outlining (i) any outstanding motions; (ii) any discovery disputes, scheduling issues, or other matters the parties desire to have addressed; (iii) the parties' respective positions; and (iv) the efforts made to resolve any disputes without court intervention.

SO ORDERED this 14th day of January, 2021.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE