IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CV-00083-M

| | | |
|---|---|---|
| JAMES D. WALKER, and<br>LEAH K. WALKER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AMERICAN BANKS INSURANCE CO. OF<br>FLORIDA, and<br>ASSURANT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before this court on the parties' Stipulation of Dismissal pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii) [DE 32]. The court finds that the stipulation is proper and, upon its

filing, Plaintiffs' claims against Defendants are dismissed with prejudice. The Clerk of the Court

is directed to close this case.

SO ORDERED this ___16th___ day of April, 2021.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE